**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **JOSEPH PRESTON,** | ) |
| Plaintiff, | ) Case No. EDCV 10-00472 AJW |
| v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE,** **Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

    **IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded to defendant for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

December 16, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge